116 So.2d 615

Joe Taylor McMULLEN

v.

FOUR WHEELS, INC.

7 Div. 479.

Supreme Court of Alabama.

Dec. 17, 1959.

Norred, Wilson & Propst, Anniston, for petitioner.

Woodrow Albea, Anniston, opposed.

STAKELY, Justice.

Petition of Joe Taylor McMullen for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in McMullen v. Four Wheels, Inc., Ala.App., 116 So.2d 611.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

119 So.2d 201

Marie Delois MILLER

v.

STATE.

4 Div. 28.

Supreme Court of Alabama.

March 17, 1960.

MacDonald Gallion, Atty. Gen., and Jerry L. Coe, Asst. Atty. Gen., for petitioner.

Jas. W. Kelly, Geneva, opposed.

SIMPSON, Justice.

Petition of the State by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Miller v. State, 119 So.2d 197.

Writ denied.

STAKELY, MERRILL and COLEMAN, JJ., concur.

117 So.2d 368

Joseph G. MOORE

v.

STATE of Alabama.

7 Div. 477.

Supreme Court of Alabama.

Jan. 21, 1960.

MacDonald Gallion, Atty. Gen., and Jos. D. Phelps, Asst. Atty. Gen., for petitioner.

Scott & Scott, Fort Payne, opposed.

MERRILL, Justice.

We granted the petition for certiorari but upon consideration by the entire Court, we are of the opinion that the judgment of the Court of Appeals should be affirmed.

Affirmed.

All the Justices concur.